Paul HERYLA, Claimant–Appellant,

v.

Anthony J. PRINCIPI, Secretary of Veterans Affairs, Respondent–Appellee.

No. 01–7032.

United States Court of Appeals, Federal Circuit.

Feb. 6, 2001.

ON MOTION

ORDER

The Secretary of Veterans Affairs moves without opposition for a remand to the United States Court of Appeals for Veterans Claims for further proceedings consistent with the Veterans Claims Assistance Act of 2000, Pub.L. No. 106–475, 114 Stat. 2096.

Upon consideration thereof,

IT IS ORDERED THAT:

(1) The motion is granted.

(2) The revised official caption is reflected above.

LIFE TECHNOLOGIES, INC., Plaintiff–Appellant,

v.

CLONTECH LABORATORIES, INC., Defendant–Appellee.

No. 00–1472.

United States Court of Appeals, Federal Circuit.

Feb. 6, 2001.

ON MOTION

ORDER

Life Technologies, Inc. moves to voluntarily dismiss its petition for review.

Upon consideration thereof,

IT IS ORDERED THAT:

(1) The motion is granted.

(2) Each side shall bear its own costs.